UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARLENE JONES o/b/o KIMONYEH M. JONES,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. EDCV 07-648 AGR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and the matter is remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: May 13, 2007

                     *Alicia G. Rosenberg*
                   ALICIA G. ROSENBERG
              UNITED STATES MAGISTRATE JUDGE